## BOB POLLOCK V. THE STATE.

No. 9813.   Delivered January 27, 1926.

Rehearing denied February 24, 1926.

**1.—Theft, a Felony—New Trial—Practice on Appeal.**

Under the unbroken rules of this court appellant's motion for a new trial will not be considered on appeal in the absence of bills of exception properly preserving the matter presented. No bills of exception appearing in the record, and the evidence being sufficient to support the verdict, the judgment is affirmed.

ON REHEARING.

**2.—Same—No Bills of Exception—Practice on Appeal.**

Where there are no bills of exception, nor requested charges, and no exceptions taken to the main charge the cause will be affirmed on appeal unless the evidence is insufficient to support the conviction, and a re-examination confirms our view that the evidence amply supports the conviction, and the motion for rehearing must be overruled.

Appeal from the District Court of Navarro County. Tried below before the Hon. Hawkins Scarborough, Judge.

*Albert R. Young* of Corsicana, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry Jr.,* Assistant State's Attorney, for the State.

BERRY, JUDGE.—The offense is theft of property over the value of $50.00 and the punishment is five years in the penitentiary.

There are no bills of exception contained in the record. The appellant has filed a very lengthy motion for new trial and has attempted to support the allegations contained therein by exparte affidavits. There is nothing raised in the motion for a

new trial that can be considered by us under the unbroken rules. of this court in the absence of bills of exception properly preserving the matters presented.

The evidence is entirely sufficient to support the verdict and there being no errors manifested by this record, the judgment is in all things affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—In view of the appellant's motion we have again examined the statement of facts and think the evidence supports the judgment. In the condition of the record, that is, without objection to the charge, no special charges requested, and no bills of exception, we are of opinion the case has been properly decided.

The motion for rehearing is overruled.